IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARGARET REYNARD                :        CIVIL ACTION
                                :
                                :
    V.                          :
                                :
                                :
SALUS UNIVERSITY                :        NO. 21-635

O R D E R

AND NOW, this 23rd day of December 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of counsel without costs.

                                Kate Barkman
                                Clerk of Court


                        By:    s/ Joseph Walton
                               *Deputy Clerk*

Civ. 2 41.1(b) (3/18)